UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SEAN JAMES,

                    Plaintiff,

        -against-

UNITED STATES OF AMERICA,

                    Defendant.

**MEMORANDUM AND ORDER**
Case No. 1:25-mc-1560-FB

*Appearances:*
*For the Plaintiff:*                                    *For the Government:*
SEAN JAMES, *pro se*
847 Americus Avenue.
East Patchogue, NY 11772

**BLOCK, Senior District Judge:**

Sean James moves to expunge the record of his criminal conviction in *United States v. James*, 99-cr-219 (E.D.N.Y. 1999). Because the Court lacks jurisdiction to consider such a motion, James's motion is **DISMISSED**.

In March 1999, James was indicted on one count of failing to file an accurate report when transporting more than $10,000 out of the country in violation of 31 U.S.C. § 5316(a), and one count of lying to the United States Custom Service in violation of 18 U.S.C. § 1001. The result of these proceedings is sealed, but based on James's current motion, they evidently resulted in a conviction. *See* Motion to Expunge, Dkt. 1.

James now seeks to have that record expunged. He represents that he is attempting to pursue a career in the medical field and is trying to acquire a handgun license, but that his criminal record prevents him from doing so. The Court is well aware of the many unjust collateral consequences of a conviction. *See United States v. Nesbeth*, 188 F. Supp. 3d 179 (E.D.N.Y. 2016). Unfortunately, the Court is powerless to consider James's motion. James seeks

to have his record expunged on purely equitable grounds, but the Second Circuit has determined that, except in limited circumstances provided for by statute, district courts lack subject matter jurisdiction to expunge valid convictions. *Doe v. United States*, 833 F.3d 192, 196 (2d Cir. 2016). Because this case is indistinguishable from *Doe*, where the plaintiff similarly sought expungement due to the hardships imposed by the collateral consequences of her conviction, the Court must dismiss James's motion.

**SO ORDERED.**

                _/S/ Frederic Block_____
                FREDERIC BLOCK
                Senior United States District Judge

Brooklyn, New York
February 19, 2026